UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                        CASE NO.  3:15cr78/MCR

BRENDA M. VAN ZANDT

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on    April 13, 2016
Motion/Pleadings:   MOTION FOR ORDER OF DISMISSAL
Filed by   Government        on   4/13/16   Doc.#   23
RESPONSES:

                                            on               Doc.#

_____  Stipulated    _____  Joint Pldg.
_____  Unopposed    _____  Consented

                                           JESSICA J. LYUBLANOVITS,
                                           CLERK OF COURT

                                           s/ *Kathy Rock*

LC (1 OR 2)                           Deputy Clerk: Kathy Rock

## ***ORDER***

    Upon consideration of the foregoing, it is ORDERED this 14th day of April, 2016, that:

    The relief requested is GRANTED.  The Indictment is dismissed without prejudice.

                                         s/ *M. Casey Rodgers*
                                          *M. CASEY RODGERS*
                             *Chief United States District Judge*